IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DIAKESHIA S. BROOKS, )
)
Plaintiff, )
)
v. ) Civil Action No. 3:20cv854–HEH
)
CARRY-ON TRAILER, INC., )
)
Defendant. )

## FINAL ORDER

THIS MATTER is before the Court on a Joint Stipulation to Dismiss with Prejudice (ECF No. 17) filed by the parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It appearing to this Court that all matters of controversy have been fully resolved and compromised, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorney's fees.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
_____
Henry E. Hudson
Senior United States District Judge

Date: July 27, 2021
Richmond, VA